**FILED**
DISTRICT COURT OF GUAM
NOV 0 4 2013
JEANNE G. QUINATA
CLERK OF COURT



**UNITED STATES DISTRICT COURT**
**DISTRICT OF 7**    GUAM
**DIVISION**

Marianne Heather Rogers

_____

*(Enter full name of plaintiff(s))*

Plaintiff(s),

v.

Harry Uttamchandani and
National Union Fire Insurance
Company of Pittsburgh PA
*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. **13-00023**

*(to be assigned by Clerk of the Court)*

**COMPLAINT**

Jury Trial Demanded
☐ Yes    ☒ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: Marianne Rogers

Street Address: 1677 N 19th

City, State & Zip Code: Coos Bay OR 97420

Telephone No. (541) 267-0156 House
(541) 294-8742 message
(541) 744-8786 message
mariannehrogers@gmail.com

**Defendant No. 1**  Name: _Harry Uttamchandani_
Street Address: _314 E. Marine Corps DR_
City, State & Zip Code: _Hagatna_  _Guam USA_  _96910-5148_
Telephone No. _(671) 989-8860_
_(671) 477-8876  (671) 477-9610_

**Defendant No. 2**  Name: _National Union Fire Insurance Company of_
Street Address: _175 Water Street 18th Floor Pittsburgh PA_
City, State & Zip Code: _New York City 10038_
Telephone No. _(212) 458-7000_
_(877) 638-4244_

**Defendant No. 3**  Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No. _____

**Defendant No. 4**  Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No. _____

## II.  JURISDICTION

*Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. A case involving the United States Constitution or federal laws or treaties is a federal question case. A case in which a citizen of one state sues a citizen of another state and the amount in damages claimed is more than $75,000 is a diversity of citizenship case.*

A.  What is the basis for federal court jurisdiction (*check all that apply*)

☐ Federal Question  ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory, or
    treaty right is at issue?

    _____
    _____
    _____
    _____

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each
    party?

    Plaintiff(s) state of citizenship _____

    Defendant(s) state(s) of citizenship _____

## III.  STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the* <u>facts</u> *of your case.  Describe how each defendant was
involved, when the conduct occurred, and any injuries you have suffered as a result.  It is not
necessary to give any legal arguments or cite any cases or statutes.*

I was walking in front of a gas station (North) on Marine Core
Dr. on Tumon, Guam approxamitly 10am of Nov. 11, 2011
what appeared to be an erratic impaired driver of a truck
did not see me or hesitate to stop swang through the parking
lot of the gas station, tryine to circumvent a red light
He hit me on the sidewalk drug me into the middle of Marine
Core drive about 50ft he then proceeded right on driving down
the Road till he was later sited by Guam Police. I was taken by
ambulence to the Navel base hospital and treated for
severe head, back, sholder, knee leg injuries. I'm still
suffering from pain in my body head level leg loss of consintration,
memory inability to funtion day to day tasks requires help
from people to focus & understand life's activities

## Claim II

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

***(If you have additional claims, describe them on another piece of paper, using the same outline.)***

## IV.   RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

I would like the Court to file this case
I am seeking lost wages, medical bills, and compensation for future lost wages
I would like to extend this case further so I can find a lawyer or assistance of some sort to help me with this case as I have had trouble with lawyers in guam defending the accused of my case as the insurance Company is stalling. I've heard no word of a settlement offer. I would like some help to nagosheate a settlement agreement to notify the Defendant there is a claim against him to respond.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 29 day of Oct. , 20 13 .

*Marianne Rogers*

_____

*(Signature of Plaintiff(s))*